THOMAS F. X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**By ECF & Email**  December 23, 2019

Honorable Paul Engelmayer
United States District Judge
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Enrico Pedroza</u>, (PAE)
       19 Cr. 457

Dear Judge Engelmayer:

  I write to request an adjournment of the sentence of my client, Enrico Pedroza, scheduled for January 8th. I make this request because I need additional time to complete my sentencing submission and to obtain letters in support.

  This is my first request for an adjournment. Assistant U.S. Attorney Sarah Mortazavi advised she does not object to this request.

  I request an adjournment until the week of February 10th if any day that week is convenient to the Court.

  Thank you for your consideration of this request.

                    Respectfully yours,
                    /s/
                    Thomas F.X. Dunn

Cc: Sarah Mortazavi, Esq.
    Assistant U.S. Attorney
    (By ecf and email)

        The sentencing is adjourned to February 10, 2020 at 2:30 pm. SO ORDERED.

        _____
          PAUL A. ENGELMAYER
          United States District Judge