

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2020

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  *United States v. Enrico Pedraza*, 19 Cr. 457 (PAE)

Dear Judge Engelmayer:

   The parties in the above-captioned matter respectfully submit this joint letter to request that the Court reschedule the defendant's upcoming sentencing.

   The defendant in the above-captioned case was charged by Complaint on January 15, 2019. He was arrested and presented before the Honorable Sarah Netburn on January 17, 2019. On June 19, 2019, the Government filed an Information upon the defendant's waiver of Indictment, charging the defendant with one count of conspiracy to commit bank fraud and one count of bank fraud, in violation of 18 U.S.C. §§ 1344, 1349, and 2. On September 12, 2019, the defendant pleaded guilty to the Information.  In light of scheduling issues and the advent of the COVID-19 pandemic, the defendant's sentencing was adjourned numerous times.  The parties now write the Court to request that the Court schedule the defendant's sentencing for a date in mid-December, approximately 60 months' hence. In light of discussions between the parties regarding the defendant's schedule, and in light of ongoing health considerations due to the COVID-19 pandemic, the parties respectfully submit that this timing is warranted.

              Respectfully submitted,

              AUDREY STRAUSS
              Acting United States Attorney

          by: _____
              Sarah Mortazavi
              Assistant United States Attorney
              (212) 637-2520

          by: __/s/_____
              Thomas Dunn, Esq.
              *Counsel for defendant Enrico Pedraza*

**GRANTED.** Sentencing is adjourned to January 6, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 44.

10/16/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge